# STONE ✱ MAGNANINI
## LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

February 7, 2011

**VIA FACSIMILE (973) 645-4549**

Honorable Joseph A. Dickson
United States District Court for the
District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    <u>Fransen v. One World Technologies, Inc. et al.</u>
              Case No. 08-CV-5101-DMC-JAD

            <u>Helmes v. Techtronic Industries Co., Ltd., et al.</u>
            Case No. 09-CV-883-DMC-JAD

            <u>Flower v. Techtronic Industries Co., Ltd., et al.</u>
            Case No. 09-CV-2736-DMC-JAD

Dear Judge Dickson:

    We represent the Plaintiffs in the above-referenced actions. Pursuant to a December 8, 2010 Order, Document No. 64, Plaintiffs were required to enter into retainer agreements with counsel for the insurance carrier ("Counsel") associated with these actions, and for Counsel to certify compliance with the Court Order within sixty (60) days of the entry of the Order. We are awaiting the receipt of the signed retainers for the above three Plaintiffs. With defense counsel's consent, we respectfully request a one week extension within which to file these Certifications.

    Thank you for Your Honor's attention to this matter.

                                 Respectfully submitted,

                                 Robert A. Magnanini

cc:    David R. Kott, Esq. (via CM/ECF)

**SO ORDERED**
*s/Joseph A. Dickson*
Joseph A. Dickson, U.S.M.J.
Date: 2/8/11

**SO ORDERED**
*s/Joseph A. Dickson*
Joseph A. Dickson, U.S.M.J.
Date: 2/8/11